# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**BRANDON RICARDO SMITH,**

    **Plaintiff,**

**v.**                                                **Case No. 1:16cv2-MW/GRJ**

**BI-LO HOLDINGS LLC**
          **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 69. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. Plaintiff's motion for summary judgment, ECF No. 59, is **DENIED**. This case is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on April 17, 2017.**

                                                  **s/Mark E. Walker            \_\_\_\_**
                                                  **United States District Judge**