IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**BRANDON RICARDO SMITH,**

    **Plaintiff,**

v.                                      **Case No. 1:16cv2-MW/GRJ**

**WINN-DIXIE STORES, INC.,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 74. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Defendant's motion to dismiss or stay this case, ECF No. 67, is **DENIED**. Plaintiff is further **ORDERED** to make bi-weekly payments to the Defendant in the amount of $50.00, beginning with Plaintiff's first full pay period

1

following the entry of this Order.[1] Finally, the Clerk is directed to set this matter for a telephonic status conference and issue a notice for trial.

**SO ORDERED on November 17, 2017.**

**s/Mark E. Walker             ____**
**United States District Judge**

---

[1] Plaintiff was ordered on January 24, 2017, ECF No. 64, to pay attorney's fees to Defendant in the amount of $7,316.80. (Payable to Defendant's counsel.)